UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN NEIL SORENSEN,

    Petitioner,

    v.

JEFFERY A. UTTECHT,

    Respondent .

Case No.  C06-5482 RBL/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)    Petitioner's application to proceed *in forma pauperis* is DENIED; and

    (3)    the Clerk is directed to send directed to send copies of this Order to Petitioner.

DATED this 6th day of November, 2006.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1