# United States District Court

WESTERN DISTRICT OF WASHINGTON

RYAN NEIL SORENSEN,

        Plaintiff,

   v.

JEFFREY UTTECHT,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5482RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Petitioner's writ of haveas corpus (Dkt. #3) is DISMISSED WITH PREJUDICE

March 6, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk